Case 7:24-cv-00248   Document 12   Filed on 09/30/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 30, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| Anthony Matulewicz,<br>    Petitioner,<br><br>vs.<br><br>United States Citizenship and<br>Immigration Services (USCIS),<br>Alejandro Mayorkas,<br>U.S. Secretary of Homeland Security,<br>Ur M. Jaddou,<br>USCIS Acting Director,<br>    Respondents. | Civil Action No. 7:24-cv-248 |

## ORDER OF DISMISSAL

On this day, the Court considered Parties' Joint Stipulation of Dismissal (Dkt. No. 11), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and being of the opinion that same should be granted, ORDERS that the causes of action of Plaintiff, Anthony Matulewicz, against Defendants, United States Citizenship and Immigration Services (USCIS), Alejandro Mayorkas, U.S. Secretary of Homeland Security, Ur M. Jaddou, USCIS Acting Director are dismissed WITH PREJUDICE with each party bearing its own fees and/or costs under the Equal Justice Act, or any other statute, rule, or legal doctrine.

DATED on September 30, 2024 at McAllen, Texas.

_____
**RANDY CRANE**
Chief United States District Judge